No. 18. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. NORTHERN COAL CO.;

No. 19. SAME v. C. H. SPRAGUE & SON CO.; and

No. 21. SAME v. OSWEGO & SYRACUSE R. CO.

Argued October 13, 16, 1933. Decided October 23, 1933. *Per Curiam:* Decrees affirmed by an equally divided Court. MR. JUSTICE ROBERTS took no part in the consideration or decision of these cases. *Mr. Erwin N. Griswold,* with whom *Solicitor General Biggs* and *Messrs. Sewall Key* and *J. P. Jackson* were on the brief, for petitioner. *Mr. Paul F. Myers,* with whom *Mr. Edmund B. Quiggle* was on the brief, for respondents in Nos. 18 and 19. *Mr. Douglas Swift* for respondent in No. 21.

No. 20. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. U.S. REFRACTORIES CORP.

Argued October 16, 1933. Decided October 23, 1933. *Per Curiam:* Decree affirmed by an equally divided Court. MR. JUSTICE ROBERTS took no part in the consideration or decision of this case. *Mr. Erwin N. Griswold,* with whom *Solicitor General Biggs* and *Messrs. Sewall Key* and *J. P. Jackson* were on the brief, for petitioner. *Mr. W. W. Montgomery, Jr.,* with whom *Mr. Robert P. Smith* was on the brief, for respondent.

No. 25. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. DUKE ET AL.

Argued October 17, 1933. Decided October 23, 1933. *Per Curiam:* Decree affirmed by an equally divided Court. MR. CHIEF JUS-